**Orville LEWIS, Jr., Plaintiff–Appellant,**

v.

**EQUIFAX CREDIT INFORMATION
SERVICES; Healthsouth Sports Med-
icine and Rehabilitation Center, a/k/a
Healthsouth of Virginia, a/k/a Health-
south of Richmond II, Defendants–Ap-
pellees.**

No. 00–2522.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided Sept. 10, 2001.

Orville Lewis, Jr., pro se. Bradley J.
Miller, Kilpatrick Stockton, L.L.P., Atlan-
ta, GA; Barrett Erskine Pope, Durrette,
Irvin & Bradshaw, P.L.C., Stephen Ather-
ton Northup, Megan Conway Rahman,
Troutman, Sanders, Mays & Valentine,
L.L.P., Richmond, VA, for appellees.

Before WILKINS, NIEMEYER, and
TRAXLER, Circuit Judges.

PER CURIAM.

Orville Lewis, Jr., appeals the magistrate judge's order granting summary judgment to defendants in this action arising under the Fair Credit Reporting Act. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Lewis v. Equifax Credit Info. Servs.*, No. CA–00–295 (E.D.Va. Oct. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*